IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-1554 (RWR) |
| ) | |
| INDUSTRIAL CONCRETE CONSTRCTION OF ) | |
| NJ, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF IRA MITZNER IN SUPPORT OF**
**SERVICE OF SUMMONS AND COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, **IRA R. MITZNER**, hereby declare as follows:

1. I am a partner with the firm of Dickstein Shapiro LLP and the counsel to the Plaintiffs in the above-captioned case.

2. On September 13, 2007, service of the Summons and Complaint in this action was made upon Industrial Concrete Construction of NJ, Inc. by delivering said documents at 35 Ewing Avenue, North Arlington, NJ 07031 upon Gina Colasurdo, authorized to accept service on behalf of Industrial Concrete Construction of NJ, Inc.

3. Proof of such service is provided by the Declaration of process server, Tracy Gerwatowksi, attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 12/12/07

Ira R. Mitzner

**Exhibit A**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN FLYNN, et al.,

      Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

INDUSTRIAL CONCRETE CONSTRUCTION
OF NJ, INC.,

      Defendant.

CASE

Case: 1:07-cv-01554
Assigned To : Roberts, Richard W.
Assign. Date : 8/31/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

INDUSTRIAL CONCRETE CONSTRUCTION
OF NJ, INC.
35 Ewing Avenue
North Arlington, NJ  07070

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ira R. Mitzner, Esquire
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

AUG 3 1 2007

DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | 09-13-07 @ 4:05 pm |
| NAME OF SERVER *(PRINT)* Tracy Gerwatowski | TITLE | Private Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

☒  Other (specify): by serving Gina Colasurdo, Authorized to accept. Service was completed at 35 Ewing Avenue, North Arlington, NJ 07031

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   09-13-07
              Date

*Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

*Address of Server*

\*  Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Complaint with Exhibit A

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.