```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
JOHN FLYNN et al.,            )
                              )
       Plaintiffs,            )
                              )
       v.                     )    Civil Action No. 07-1554 (RWR)
                              )
INDUSTRIAL CONCRETE           )
CONSTRUCTION OF NEW JERSEY,   )
INC.,                         )
                              )
       Defendant.             )
_____)
```

## ORDER TO SHOW CAUSE

Plaintiffs filed an affidavit of service stating that defendant was served with a copy of the summons and complaint on September 13, 2007. Defendant has not answered or otherwise responded and plaintiffs have not sought entry of default or moved for default judgment. Accordingly, it is hereby

**ORDERED** that on or before March 3, 2008, plaintiffs shall show cause in writing why this case should not be dismissed for lack of prosecution. Failure to comply timely may result in this case being dismissed.

SIGNED this 22nd day of February, 2008.

              /s/
        RICHARD W. ROBERTS
        United States District Judge