IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INDUSTRIAL CONCRETE CONSTRUCTION OF NEW JERSEY, INC., <br><br> Defendant. | Civil Action No. 07-1554 (RWR) |

## PLAINTIFFS' RESPONSE TO FEBRUARY 25, 2008 ORDER TO SHOW CAUSE

Plaintiffs, Trustees of the Bricklayers and Trowel Trades International Pension Fund, and Trustees of the International Masonry Institute ("Funds"), by their attorneys, hereby respond to the Court's February 25, 2008 Order to Show Cause as to why this action should not be dismissed for failure to prosecute. As explained below, Plaintiffs have been and currently are engaged in audit rebuttal discussions with Defendant, Industrial Concrete Construction of New Jersey, Inc., in an effort to resolve this action in a manner that limits the legal fees incurred by all parties and does not waste the Court's time. The Defendant, however, has repeatedly failed to take the appropriate and timely steps to avoid the Plaintiffs' filing of a Motion for Default Judgment. The Plaintiffs will file for default within three days. If the matter has not been resolved in 30 days, the plaintiffs will file a Motion for Default Judgment.

1. The Plaintiffs filed the Complaint in this action on August 31, 2007, seeking payment of moneys due the Funds as determined by an Audit prepared for the Funds by the independent accounting firm of Calibre CPA Group PLLC. From that time, and even before the Complaint was filed, the parties have been engaged in discussions regarding amounts due under the audit.

2401876

2. Prior to filing the Complaint, Plaintiffs' counsel made demand to Defendant for moneys due as determined by the audit. Despite numerous subsequent follow-up telephone calls to Defendant, Plaintiffs were unsuccessful in their efforts to resolve this matter and, to date, Defendant has failed to offer a complete rebuttal of the audit.

3. With the Court's permission, the Plaintiffs will therefore file for default within 3 days and intend to proceed with the filing of a Motion for Default Judgment within the next 30 days.

Accordingly, the Plaintiffs respectfully request that this case not be dismissed and that the Plaintiffs be afforded 30 days within which to file a Motion for Default Judgment and/or otherwise resolve this matter.

Date: March 3, 2008

Respectfully submitted,

By: _____
Ira R. Mitzner, (DC Bar No. 184564)
Charles V. Mehler III, (DC Bar No.475909)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, DC 20006
(202) 420-2234

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN FLYNN, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1554 (RWR) |
| INDUSTRIAL CONCRETE CONSTRUCTION OF NEW JERSEY, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the Plaintiffs' Response to the February 25, 2008 Order to Show Cause, the Court finds that Plaintiffs' request for an extension of 30 days to file a motion for default judgment should be granted. **ACCORDINGLY**, it is hereby

**ORDERED**, that Plaintiffs' request be, and it hereby is, **GRANTED**, and further

**ORDERED,** that Plaintiffs file a motion for default judgment in this matter by or before April 3, 2008.

**SO ORDERED**, this _____ day of _____, 2008.

_____
Richard W. Roberts
United States District Judge

2402200

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al.,<br><br>             Plaintiffs,<br><br>             v.<br><br>INDUSTRIAL CONCRETE CONSTRUCTION OF NEW JERSEY, INC.,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1554 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

       Ira R. Mitzner, Esquire
       Dickstein Shapiro LLP
       1825 Eye Street, N.W.
       Washington, D.C. 20006-5403

       Industrial Concrete Construction
       Of New Jersey, Inc.
       35 Ewing Avenue
       North Arlington, NJ 07070

2402195

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiffs' Response to February 25, 2008 Order to Show Cause, proposed Order and Local Rule 7(k) Statement were served by first class mail, postage prepaid, this 3rd day of March 2008, upon:

>Industrial Concrete Construction
>Of New Jersey, Inc.
>35 Ewing Avenue
>North Arlington, NJ  07070
>
>William F. McEnroe, Esq.
>Pisarri, McEnroe & Careri
>126 State Street
>Hackensack, NJ 07601

_____
Evan Oxhorn

2402219.01