CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.
          Plaintiffs,

vs.

INDUSTRIAL CONCRETE
CONSTRUCTION OF NEW JERSEY,
INC.,
          Defendant.

Civil Action No. 07-1554 (RWR)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 4th day of March, 2008, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Industrial Concrete Construction of New Jersey, Inc. was [were]:

[personally served with process on September 13, 2007].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: 29 U.S.C. Section 1132(e)(2)].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

Attorney for Plaintiff(s) [signature]
Ira R. Mitzner
Dickstein Shapiro LLP
1825 Eye St., N.W., Washington, DC 20006

184564
Bar Id. Number

Address and Telephone Number (202) 420-2200

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>INDUSTRIAL CONCRETE CONSTRUCTION OF )<br>NEW JERSEY, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1554 (RWR) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esquire
    Dickstein Shapiro LLP
    1825 Eye Street, N.W.
    Washington, D.C. 20006-5403

    Industrial Concrete Construction
    Of New Jersey, Inc.
    35 Ewing Avenue
    North Arlington, NJ 07070

2402195

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Affidavit in Support of Default and Local Rule 7(k) Statement were served by first class mail, postage prepaid, this 4th day of March 2008, upon:

Industrial Concrete Construction
Of New Jersey, Inc.
35 Ewing Avenue
North Arlington, NJ  07070

William F. McEnroe, Esq.
Pisarri, McEnroe & Careri
126 State Street
Hackensack, NJ 07601

_____
Evan Oxhorn

2402207