Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN et al

    Plaintiff(s)

Civil Action No. 07-cv-01554-RWR

V.

INDUSTRIAL CONCRETE CONSTRUCTION OF NEW JERSEY, INC.

    Defendant(s)

RE:    INDUSTRIAL CONCRETE CONSTRUCTION OF NEW JERSEY, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on September 13, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 5th day of March, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
    Deputy Clerk