IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN FLYNN, et. al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1554 (RWR) |
| INDUSTRIAL CONCRETE CONSTRUCTION OF NEW JERSEY, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

**CONSENT MOTION TO EXTEND TIME TO FILE MOTION FOR DEFAULT JUDGMENT AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF**

Plaintiffs, by their undersigned counsel, hereby move for an extension of time to file a motion for default judgment.

1. On August 31, 2007, plaintiffs filed a Complaint in this action.

2. On February 25, 2008, this Court ordered Plaintiffs to show cause why this case should not be dismissed for failure to prosecute by March 3, 2008.

3. On March 3, 2008, Plaintiffs filed their response to this Court's order to show cause, advising the Court that they would file a Motion for Default Judgment within thirty (30) days.

4. On March 4, 2008, Defendant not having answered the Complaint, Plaintiffs filed for default.

5. On March 5, 2008, the Clerk of this Court entered default against Defendant for failure to file an Answer to the Complaint.

2416164

6. On March 18, 2008, this Court discharged the Order to Show Cause and directed Plaintiffs to file a motion for default judgment on or before April 3, 2008.

7. Counsel for Defendant is in communication with Counsel for Plaintiffs. The independent accounting firm of Calibre CPA Group, PLLC, has been reviewing a rebuttal of the audit of Defendant's books and records in order to determine the total of any delinquent fringe benefit contributions payable to Plaintiffs by Defendant. The audit review is currently under way, but additional time is needed to complete the review. Additionally, Defendant has requested additional time to finalize its rebuttal.

8. Accordingly, Plaintiffs hereby seek an extension of thirty (30) days until May 2, 2008, to complete the review. If settlement cannot be reached between the Parties on the basis of the revised audit findings prior to that date, Plaintiffs shall file a Motion for Default Judgment. Counsel for Defendant, who have not yet entered an appearance, consents to this Motion.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order granting an extension of thirty (30) days until May 2, 2008, for Plaintiffs to file either a Motion for Default Judgment or, in the event of settlement, a Notice of Dismissal in this action.

Respectfully submitted,

Dated: March 31, 2008

By _____
Ira R. Mitzner
  DC Bar No. 184564
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
(202) 420-2200

Attorney for Plaintiffs

2416164

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et. al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>INDUSTRIAL CONCRETE CONSTRUCTION )<br>OF NEW JERSEY, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1554 (RWR) |

## ORDER

Upon consideration of Plaintiffs' Motion to Extend Time to File Motion for Default Judgment and Incorporated Memorandum in Support Thereof, the Court finds that good cause has been shown for the granting of this motion.

**ACCORDINGLY**, it is hereby

**ORDERED** that the Motion be, and it hereby is, **GRANTED**, and further

**ORDERED** that Plaintiffs shall:

File a Motion for Deafault Judgment on or Before May 2, 2008

**SO ORDERED** this _____ day of _____, 2008.

_____
Judge Richard W. Roberts

2416195

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-1554 (RWR) |
| ) | |
| INDUSTRIAL CONCRETE CONSTRUCTION OF NEW JERSEY, INC., ) | |
| ) | |
| Defendant. ) | |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

Ira R. Mitzner, Esquire
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, D.C.  20006-5403

Industrial Concrete Construction
Of New Jersey, Inc.
35 Ewing Avenue
North Arlington, NJ  07070

2402195

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiffs' Motion to Extend Time to File Motion for Default Judgment and Incorporated Memorandum in Support Thereof, proposed Order and Local Rule 7(k) Statement were served by first class mail, postage prepaid, this 31 day of March 2008, upon:

>Industrial Concrete Construction
>Of New Jersey, Inc.
>35 Ewing Avenue
>North Arlington, NJ 07070
>
>William F. McEnroe, Esq.
>Pisarri, McEnroe & Careri
>126 State Street
>Hackensack, NJ 07601

_____
Evan Oxhorn

2416209