IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et. al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>INDUSTRIAL CONCRETE CONSTRUCTION )<br>OF NEW JERSEY, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1554 (RWR) |

**THIRD CONSENT MOTION TO EXTEND TIME TO FILE MOTION FOR DEFAULT JUDGMENT AND INCORPORATED**
<u>**MEMORANDUM IN SUPPORT THEREOF**</u>

Plaintiffs, by their undersigned counsel, hereby move for an extension of time to file a motion for default judgment.

1. On August 31, 2007, plaintiffs filed a Complaint in this action.

2. On March 4, 2008, Defendant not having answered the Complaint, Plaintiffs filed for default.

3. On March 5, 2008, the Clerk of this Court entered default against Defendant for failure to file an Answer to the Complaint.

4. On May 5, 2008, this Court directed Plaintiffs to file a motion for default judgment on or before June 2, 2008.

5. Counsel for Defendant continues to engage in discussions regarding damages at issue in this case with Counsel for Plaintiffs. The independent accounting firm of Calibre CPA Group,

2448473

PLLC, has now finished reviewing a rebuttal of the audit of Defendant's books and records in order to determine the total of any delinquent fringe benefit contributions payable to Plaintiffs by Defendant. On May 22, 2008, Plaintiffs supplied Defendant with a copy of the revised audit which Defendant is currently reviewing. Once Defendant has completed its review of the revised audit, the Parties intend to complete their settlement negotiations.

6. Because of the ongoing nature of the settlement discussions in this action, this Court previously granted two prior Extensions regarding filing for Default and/or Default Judgment.

7. Accordingly, Plaintiffs hereby seek an extension of eighteen (18) days until June 20, 2008 to provide Defendant additional time to review the revised audit and for the Parties to determine if settlement can be reached. If settlement cannot be reached between the Parties on the basis of the revised audit findings prior to that date, Plaintiffs shall file a Motion for Default Judgment and/or Defendant shall file a motion to vacate default and for leave to file its Answer. In the event of settlement, a Notice of Dismissal will be filed in this action.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order granting an extension of eighteen (18) days until June 20, 2008, for Plaintiffs to file either a Motion for Default Judgment.

Respectfully submitted,

Dated: May 30, 2008

By_____s/_____
Ira R. Mitzner
  DC Bar No. 184564
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
(202) 420-2200
Attorney for Plaintiffs

2448473

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-1554 (RWR) |
| ) | |
| INDUSTRIAL CONCRETE CONSTRUCTION ) | |
| OF NEW JERSEY, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of the Third Consent Motion to Extend Time to File Motion for Default Judgment and Incorporated Memorandum in Support Thereof, the Court finds that good cause has been shown for the granting of this motion.

**ACCORDINGLY**, it is hereby

**ORDERED** that the Motion be, and it hereby is, **GRANTED**, and further

**ORDERED** that Plaintiffs shall:

File a Motion for Default Judgment on or Before June 20, 2008

**SO ORDERED** this _____ day of _____, 2008.

_____
Judge Richard W. Roberts

2448488

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>INDUSTRIAL CONCRETE CONSTRUCTION OF NEW JERSEY, INC., )<br><br>Defendant. ) | Civil Action No. 07-1554 (RWR) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esquire
    Dickstein Shapiro LLP
    1825 Eye Street, N.W.
    Washington, D.C. 20006-5403

    Industrial Concrete Construction
    Of New Jersey, Inc.
    35 Ewing Avenue
    North Arlington, NJ 07070

2402195

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Third Consent Motion to Extend Time to File Motion for Default Judgment and Incorporated Memorandum in Support Thereof, proposed Order and Local Rule 7(k) Statement were served by first class mail, postage prepaid, this 30 day of May 2008, upon:

Industrial Concrete Construction
Of New Jersey, Inc.
35 Ewing Avenue
North Arlington, NJ  07070

William F. McEnroe, Esq.
Pisarri, McEnroe & Careri
126 State Street
Hackensack, NJ 07601

_____
Chanda Morgan

2448493