IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) Civil Action No. 07-1554 (RWR) |
| INDUSTRIAL CONCRETE CONSTRUCTION OF NEW JERSEY, INC., | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE

On June 3, 2008, this Court entered an Order extending until June 20, 2008 the deadline for Plaintiffs to file a Motion for Default Judgment against the Defendant, Industrial Concrete Construction of New Jersey, Inc. The parties now believe that they have reached a resolution of this matter and are in the process of preparing the papers reflecting their agreement. Accordingly, counsel for Plaintiffs hereby provides notice that Plaintiffs will not be filing a motion for Default Judgment with the Court today. Instead, the parties plan to file a Stipulation of Settlement with the Court on or before June 30, 2008.

Dated: June 20, 2008

By: _____
Ira R. Mitzner, DC Bar No. 184564
Charles V. Mehler III, DC Bar No. 475909
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
T: (202) 420-2234
F: (202) 420-2201

*Attorneys for Plaintiffs*

2

2459202

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served by first class mail, postage prepaid, this 20th day of June 2008, upon:

Industrial Concrete Construction
Of New Jersey, Inc.
35 Ewing Avenue
North Arlington, NJ 07070

William F. McEnroe, Esq.
Pisarri, McEnroe & Careri
126 State Street
Hackensack, NJ 07601

_____
Chanda Morgan

2459253