```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
JOHN FLYNN et al.,            )
                              )
         Plaintiffs,          )
                              )
         v.                   )   Civil Action No. 07-1554 (RWR)
                              )
INDUSTRIAL CONCRETE           )
CONSTRUCTION OF NEW JERSEY,   )
INC.,                         )
                              )
         Defendant.           )
_____)
```

**ORDER**

On June 20, 2008, counsel for the plaintiffs in this case notified the court that the parties have reached a settlement with the defaulting defendant. In light of that representation, it is hereby

ORDERED that this case shall be dismissed without prejudice for thirty days. It is further

ORDERED that the plaintiffs may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court. It is further

ORDERED that if no motion to reopen this case is filed within thirty days, this case shall, without further order, stand dismissed with prejudice.

SIGNED this 27 day of June, 2008.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```